INKU NAM (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LE ANDRIA LASHAWN HOLLIDAY<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant. | Case No. 2:25-cv-00235-JAD-MDC<br><br>**JOINT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC. TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") and Plaintiff LE ANDRIA LASHAWN HOLLIDAY file this joint motion to extend Experian's deadline to file its response to Plaintiff's Complaint (ECF No. 1) through Friday, April 18, 2025.

/ / /

/ / /

/ / /

This extension request is made in good faith and not for purposes of delay. Counsel for Experian has been in contact with Plaintiff who has consented to the requested extension. Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow Experian the opportunity to fully analyze the claims against it and to give the parties the opportunity to continue good faith efforts to settle this case.

Dated this 18th day of March 2025

O'HAGAN MEYER

/s/ Inku Nam
INKU NAM
Nevada Bar No. 12050
O'HAGAN MEYER PLLC
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Tel. 725.286.2801

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-10-25

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of O'HAGAN MEYER PLLC, and that on this 18th day of March, 2025, I electronically filed and served the foregoing **JOINT MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDNAT EXPERIAN INFORMARION SOLUTIONS INC., TO RESPOND TO COMPLAINT** with the Clerk of the Court through Case Management/Electronic Filing System and Electronic Mail as follows:

Leandria LaShawn Holliday
P.O. Box 778146
Henderson NV 89077
*Pro Se Plaintiff*

By:    */s/ Krystal Williams*
       An Employee of
       O'HAGAN MEYER PLLC

3