**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LeAndria Lashawn Holliday,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br><br>Experian Information Solutions,<br><br>　　　　　　Defendant(s). | 2:25-cv-00235-JAD-MDC<br><br>**ORDER DENYING MOTION TO EXTEND TIME (ECF NO. 25)** |

Plaintiff filed a *Motion to Extend Time* ("Motion"). *ECF No. 25*. The Court DENIES the Motion without prejudice.

Plaintiff states that the amendment of pleadings deadline is July 3, 2025. *Id.* The correct deadline passed on June 17, 2025. *ECF No. 18 at 2*. The Court also notes that discovery will close in a month so continuing the amendment deadline is close to the end of discovery. *Id.* The Court directs the parties to meet and confer and file a stipulation to extend the discovery deadlines. The parties may also file an amended stipulated protective order as previously ordered by the Court. *See ECF No. 23*.

ACCORDINGLY,

**IT IS ORDERED that:**

1. Plaintiff's *Motion to Extend Time* (ECF No. 25) is denied without prejudice.

2. The parties are directed to meet and confer, and by **August 19, 2025** to file a stipulation as discussed in this Order.

DATED: August 4, 2025.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**