INKU NAM (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2808

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LE ANDRIA LASHAWN HOLLIDAY<br><br>            Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>            Defendant. | Case No. 2:25-cv-00235-JAD-MDC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff Le Andria LaShawn Holliday ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") jointly stipulate and agree to the dismissal of all of Plaintiff's claims against Experian, with prejudice.

///

///

///

///

It is hereby stipulated and agreed between Plaintiff and Defendant Experian Information Solutions, Inc. that the above-entitled action is hereby dismissed with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated this 30th day of April, 2026.

**DICKINSON WRIGHT PLLC**

/s/ Le Andria LaShawn Holliday

Le Andria LaShawn Holliday

*Plaintiff Pro Se*

Dated this 30th day of April, 2026.

**O'HAGAN MEYER, PLLC**

/s/ Inku Nam

Inku Nam
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Tel. 725.286.2808

*Attorneys for Experian Information Systems, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 63]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____

U.S. District Judge Jennifer A. Dorsey
Dated: May 4, 2026

2